WAHIDA NOORZAD, CSB 200622
SAAD AHAMD & ASSOCIATES
39111 Paseo Padre Pkwy, Ste 217
Fremont, CA 94538
Telephone:  (510) 713-9847
Facsimile:  (510) 713-9850

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIKH SOCIETY OF CENTRAL CONTRA COSTA COUNTY, | Case No.: 3:16-cv-05838-LB |
| Plaintiff, | **Plaintiff's Motion for Voluntary Dismissal Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and (Proposed ORDER)** |
| v. | |
| LORETTA LYNCH, et. al, | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff moves for voluntarily dismissal of this action before the Honorable Court.

Dated: Nov. 3, 2016                               Respectfully submitted,


                                                  /s/ Wahida Noorzad
                                                  WAHIDA NOORZAD
                                                  Counsel for Plaintiff

ORDER

It is hereby ordered that this case be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: November 4, 2016

_____
Magistrate Judge LAUREL BEELER
U. S. DISTRICT COURT JUDGE